UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth Edward Barbour</u>

            v.             Civil No. 11-cv-221-PB

<u>Eric Holder, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 11, 2011.

SO ORDERED.

August 14, 2011             <u>/s/ Paul Barbadoro</u>
                                    Paul Barbadoro
                                    United States District Judge

cc:     Kenneth Edward Barbour, Pro se